UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERCIVAL DYER                                              CIVIL ACTION

VERSUS

COMPSYCH CORPORATION, INC.,                   NO.:13-00706-BAJ-EWD
ET AL.

## RULING AND ORDER

On July 22, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff's **Motion to Reopen Action (Doc. 51)** be granted, and that an amended scheduling order be issued extending the dispositive motions deadline to August 11, 2016 and reinstituting the other remaining deadlines (H-M) contained in the Court's July 2, 2015 Scheduling Order (Doc. 39), including the November 7-9, 2016 trial date. (Doc. 64).

The Magistrate Judge's Report and Recommendation specifically notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 21 at p. 1). No objections were filed.

Having carefully considered the Motion to Reopen Action (Doc. 51), the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

JURY

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 64)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the **Motion to Reopen Action (Doc. 51)** is **GRANTED**, and the above-captioned matter is **REOPENED**.

IT IS FURTHER ORDERED that the following deadlines shall control in this matter:

| | |
|---|---|
| Dispositive Motion Deadline | August 15, 2016 |
| Final Pretrial Order Deadline | August 25, 2016 |
| Final Pretrial Conference Date | September 8, 2016 at 2:00 p.m. |
| Motions *in Limine* Deadline | September 16, 2016 |
| Motions *in Limine* Response Deadline | October 7, 2016 |
| Affidavit of Settlement Efforts Deadline | October 14, 2016 |
| Proposed Voir Dire Questions, Jury Charges, Jury Interrogatories (Verdict Form), and Trial Briefs Deadline | October 14, 2016 |
| Jury Trial | November 7 - 9, 2016, at 8:30 a.m. |

Baton Rouge, Louisiana, this 10th day of August, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2